# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

CARRLIS DEWAYNE REEVES,

    Petitioner,

vs.                                   CASE NO. 05-70764
                                            HON. LAWRENCE P. ZATKOFF
                                            MAGISTRATE JUDGE PAUL J. KOMIVES

JERI-ANN SHERRY,

    Respondent.

_____/

## OPINION AND ORDER ADOPTING
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

      This matter is currently before the Court on Magistrate Judge Komive's Report and Recommendation of June 12, 2006, in which the Magistrate Judge recommends that the petition for habeas corpus be denied. Petitioner has filed objections to the Report and Recommendation.[1]

      The Court has undertaken a thorough review of the court file, the Report and Recommendation, and the objections to the Magistrate Judge's Report and Recommendation filed by Petitioner. The Court agrees with the conclusions of the Report and Recommendation, and rejects Petitioner's objections. The Court will specifically respond to Petitioner's objection regarding the case numbers. Petitioner was convicted in two state cases, and has filed a habeas petition for each: the instant case, no. 05-70764, and no. 05-70762. Petitioner accuses the

---

[1] Petitioner has also filed a motion to extend the time to file objections. However, as Petitioner filed his objections within ten days of receipt of the Report and Recommendation that motion is moot.

Magistrate Judge of confusing the issues presented in 05-70762 with the issues presented in the instant case. However, it is Petitioner who is mistaken. In the instant case, Petitioner contests his conviction in Genesee County Circuit Court case no. 01-8051. The corresponding Michigan Court of Appeals case is no. 240138, not 239271, as Petitioner claims. The Report and Recommendation addressed the correct state cases. Petitioner's other objections are similarly without merit.

Accordingly, the Court ADOPTS the Report and Recommendation and enters it as the findings and conclusions of this Court. IT IS HEREBY ORDERED that the petition for habeas corpus is DENIED.

IT IS SO ORDERED.

s/Lawrence P. Zatkoff
LAWRENCE P. ZATKOFF
UNITED STATES DISTRICT JUDGE

Dated: August 3, 2006

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on August 3, 2006.

s/Marie E. Verlinde
Case Manager
(810) 984-3290